No. 12-6513. SPENCER v. KIRKLAND, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 12-6523. C. F. v. WEST VIRGINIA DEPARTMENT OF HEALTH AND HUMAN RESOURCES ET AL. Sup. Ct. App. W. Va. Certiorari denied.

No. 12-6538. CUNNINGHAM v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 12-6557. DOBBS v. MICHIGAN. Cir. Ct. Wayne County, Mich. Certiorari denied.

No. 12-6566. WATKINS v. HOBBS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 12-6569. SMITH v. MISSISSIPPI. Ct. App. Miss. Certiorari denied.

No. 12-6589. LEINWEBER v. CATE, SECRETARY, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, ET AL. C. A. 9th Cir. Certiorari denied.

No. 12-6606. McCLAIN v. DAVIS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 12-6613. SISNEY v. REISCH, SECRETARY, SOUTH DAKOTA DEPARTMENT OF CORRECTIONS, ET AL. Sup. Ct. S. D. Certiorari denied.

No. 12-6616. WALLS v. LITTLE ET AL. Sup. Ct. Del. Certiorari denied.

No. 12-6642. PATTON v. MAINE. Sup. Jud. Ct. Me. Certiorari denied.

No. 12-6643. McBRIDE v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 12-6646. MERRIETT v. ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 12-6661. RICHARDSON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.